

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2021

No. 04-20-00543-CR

Lavelle **SIMPSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR10237
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **April 1, 2021**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2021.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court